UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*26cr70 JRT/LIB*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 26 U.S.C. § 7206(1) |
| | ) | 18 U.S.C. § 287 |
| v. | ) | |
| | ) | |
| PHILIP NELSON GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1 THROUGH 4
(False Returns)

1.     On or about the dates set forth below, in the District of Minnesota and elsewhere, the defendant,

**PHILIP NELSON GREEN,**

a resident of Crookston, Minnesota, willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, the following false U.S. Individual Income Tax Returns, Forms 1040 and 1040-X, for the calendar years set forth below, each of which was verified by a written declaration that it was made under the penalties of perjury and which GREEN did not believe to be true and correct as to every material matter. The income tax returns included fabricated Forms W-2, Wage and Tax Statements, and made various false representations, including fabricating information, understating wages, overstating federal income tax withholdings, overstating itemized deductions and other expenses, claiming

1



credits to which he was not entitled, and claiming refunds to which he was not entitled; whereas GREEN knew these representations to be false.

| Count | Date | Form | False Items |
|---|---|---|---|
| 1 | April 16, 2020 | 2019 Form 1040 | a. Line 1: Wages - $15,436<br>b. Line 9: Itemized deductions - $140,878<br>c. Line 11b: Taxable income - $0<br>d. Line 18a: Earned income credit - $3,526<br>e. Line 20: Amount overpaid - $4,465 |
| 2 | March 10, 2021 | 2020 Form 1040 | a. Line 1: Wages – $20,728<br>b. Line 25a: Form W-2 withholding - $6,000<br>c. Line 25b: Form 1099 withholding - $1,500<br>d. Line 34: Amount overpaid - $8,368 |
| 3 | February 5, 2022 | 2021 Form 1040 | a. Line 25a: Form W-2 withholding - $2,678<br>b. Line 25b: Form 1099 withholding - $9,879<br>c. Line 31: Amount from Schedule 3, line 15 - $4,000<br>d. Line 34: Amount overpaid - $17,443<br>e. Form 2441: Child and Dependent Care Expenses - $50,000 |
| 4 | March 25, 2022 | 2021 Form 1040-X | a. Line 31: Amount from Schedule 3, line 15 - $4,000<br>b. Line 34: Amount overpaid - $5,332<br>c. Form 2441: Child and Dependent Care Expenses - $50,000 |

All in violation of Title 26, United States Code Section 7206(1).

2

## COUNTS 5 AND 6
(False Claims)

2.     On or about the dates listed below, in the District of Minnesota and elsewhere, the defendant,

## PHILIP NELSON GREEN,

made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the United States Department of Treasury, claims against the United States for payments of refunds of taxes, knowing those claims to be false, fictitious, and fraudulent. GREEN made the claims by preparing and causing to be prepared, and presenting and causing to be presented, to the Internal Revenue Service, the individual income tax returns identified below, requesting refunds to which GREEN knew he was not entitled in the amounts listed.

| Count | Date | Form | Refund Claimed |
|-------|------|------|----------------|
| 5 | March 26, 2022 | 2021 Amended United States Individual Income Tax Return, Form 1040-X | $252,049 |
| 6 | February 16, 2023 | 2022 United States Individual Income Tax Return, Form 1040 | $264,465 |

All in violation of Title 18, United States Code, Section 287.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                             FOREPERSON

3